JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Sun Kil, <br><br> Plaintiff, <br><br> v. <br><br> Richemont North America, Inc., et al, <br><br> Defendant. | Case No. LA19CV06427-AB (Ex) <br><br> ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 3, 2020  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.